```
         FILED         LODGED
                    RECEIVED

         DEC 0 7 2010

       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

# THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RENE L. LARSON and JERROLD A. LARSON, WIFE AND HUSBAND,<br><br>PLAINTIFFS,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>DEFENDANT. | CASE NO. 3:10-cv-05805-RBL<br><br>COVER LETTER REQUEST FOR FRCP 26(f) CONFERENCE |

TO:   WELL FARGO BANK, N.A.
   c/o LANE POWER PC
   1420 FIFTH AVENUE, SUITE 4100
   SEATTLE, WA 98101-2338

FROM: Rene and Jerrold Larson, Plaintiff(s)
   532 E. Stonecreek Dr.
   La Center, WA 98629

Re:   FRCP 26(f) Conference:

Dear WELLS FARGO BANK, N.A.:

Please contact Jerrold Larson, Plaintiff, at 360-921-2003, to arrange the FRCP 26(f) Conference at your earliest convenience.

Sincerely,

*Rene L. Larson*
Rene Larson, Plaintiff

*Jerrold A. Larson*
Jerrold Larson, Plaintiff



10-CV-05805-REQ

Rene and Jerrold Larson, Plaintiff(s)
532 E. Stonecreek Dr.
La Center, WA 98629