```
_____ FILED _____ LC
_____ RECEIVED

DEC 0 7 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    D
```

# THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RENE L. LARSON and JERROLD A. LARSON, WIFE AND HUSBAND,<br><br>    PLAINTIFFS,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. 3:10-cv-05805-RBL

**PLAINTIFF'S NOTICE AND DEMAND FOR VERIFIED VALIDATION OF DEBT**

To: REGIONAL TRUSTEE SERVICES CORPORATION
   616 1st Avenue, Suite 500
   Seattle, WA 98104

From: Rene L. Larson
    532 E. Stonecreek Dr.
    La Center, WA 98629

Re: NOTICE REQUIRED BY THE FAIR DEBT COLLECTION PRACTICES ACT 12 U.S.C. SECTION 1692

& Re: NOTICE OF TRUSTEE SALE No.: 01-FWA-102753 OF 11/15/2010

**Dear Regional Trustee Services Corporation:**

Plaintiff(s), in good faith, hereby submit the following NOTICE AND DEMAND for verified validation of debt pursuant to the FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692,



10-CV-05805-NTC

Rene and Jerrold Larson, Plaintiff(s)
532 E. Stonecreek Dr.
La Center, WA 98629

1   as it relates to the instant matter. **REGIONAL TRUSTEE SERVICES CORPORATION**, as Trustee

2   and/or Agent for the alleged Beneficiary, WELLS FARGO BANK, N.A., is hereby notified that the

3   subject matter referenced in your **NOTICE OF DEFAULT** for Trustee Sale No.: 01-FWA-102753

4   and dated 11/16/2010 as well as your **NOTICE REQUIRED BY THE FAIR DEBT COLLECTION**

5   **PRACTICES ACT 15 U.S.C. Section 1692** also for Trustee Sale No.: 01-FWA-102753 and also

6   dated 11/16/2010, has been moved to the judicial venue cited above. You are further notified

7   that Plaintiff(s) **dispute** the validity of the debt in its entirety as evidenced by the above cited

8   cause of action. Plaintiff(s) hereby demand you provide verified validation of the debt pursuant

9   to 15 U.S.C. § 1692. Please be advised anything you submit which purports to validate the debt

10  will be placed into evidence with the above cited court for the purpose of obtaining a

11  declaratory judgment and legal determination as to whether or not it constitutes a verified

12  debt validation pursuant to the FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. §1692.

13  Pending the outcome of said declaratory judgment, it may be necessary to add you as a co-

14  defendant to the above cited cause of action or it may be necessary to bring a separate action

15  against you strictly pursuant to the provisions of the said FAIR DEBT COLLECTION PRACTICES

16  ACT 15 U.S.C. § 1692, if warranted. You are also estopped from any further collection activities

17  until the required verification has been provided. Plaintiff also demands you provide a

18  discontinuance of your prior Trustee's Sale No. **01-FWA-92521** of 3/8/2010 and please state

19  your reasons for the discontinuance. Please also provide your reasoning for starting the new

20  Trustee Sale No.: **01-FWA-102753** of 11/16/2010.

21  / / /

22  / / /

PLAINTIFF'S REQUEST FOR
VALIDATION

**Rene and Jerrold Larson, Plaintiff(s)**
**532 E. Stonecreek Dr.**
**La Center, WA 98629**

Page  2 of 3

# VERIFICATION

I, the under signed Plaintiff(s)/Affiant(s), do affirm the foregoing Notice and Demand for Verified Validation of Debt, the allegations therein, the pleading and contents to be true, correct, complete, to the best of my knowledge, information and belief.

Dated: **December 2ⁿᵈ, 2010.**

FOR: RENE L. LARSON, PLAINTIFF

BY: _Rene L. La_____

FOR: JERROLD A LARSON, PLAINTIFF

BY: _Jerrold A Larson_____

## JURAT

I _____DJ Wilson_____ a Notary Public certify that I know or have satisfactory evidence that **RENE L. LARSON AND JERROLD A LARSON** appeared before me, and signed this instrument and acknowledged it to be free and voluntary act for the uses and purposes mentioned in the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Washington, County of _____King_____ that the foregoing paragraph is true and correct.

_____12/7/10_____
DATED:

_____DJ Wilson_____
Notary Public

My appointment expires _____7/10/12_____

SEAL [Notary seal: DJ WILSON, COMMISSION EXPIRES, NOTARY PUBLIC, JULY 10, 2012, STATE OF WASHINGTON]

PLAINTIFF'S REQUEST FOR
VALIDATION

Page 3 of 3

**Rene and Jerrold Larson, Plaintiff(s)**
**532 E. Stonecreek Dr.**
**La Center, WA 98629**

# EXHIBIT "A" ATTACHED

# (HEREUNDER)

**NOTICE REQUIRED BY THE**
**FAIR DEBT COLLECTION PRACTICE ACT**
**15 U.S.C. Section 1692**

TS#   01-FWA-102753

11/16/2010

ATTENTION TRUSTORS:

1. You are hereby notified that REGIONAL TRUSTEE SERVICES CORPORATION is attempting to collect a debt and any information obtained will be used for that purpose.

2. As of the date of this letter, you owe $241,607.78. Because of interest, late charges, and other charges that may vary from day to day, or may apply only upon payoff, the amount due on the day you pay may be greater. Hence if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection.

3. The original creditor to whom the debt is/was owed is WORLD SAVINGS BANK, FSB. The current creditor is Wells Fargo Bank, N.A.

4. The debt will be assumed to be valid by REGIONAL TRUSTEE SERVICES CORPORATION unless WITHIN THIRTY DAYS AFTER THE RECEIPT OF THIS NOTICE, in writing, you dispute the validity of the debt or some portion thereof.

5. If you notify REGIONAL TRUSTEE SERVICES CORPORATION in writing, within thirty days after the receipt of this Notice that the debt or any portion thereof is disputed, REGIONAL TRUSTEE SERVICES CORPORATION will provide a verification of the debt, and a copy of the verification will be mailed to you by REGIONAL TRUSTEE SERVICES CORPORATION. In attempting to collect the debt, any information obtained will be used for that purpose.

6. If the current creditor is not the original creditor, and if you make a request to REGIONAL TRUSTEE SERVICES CORPORATION within thirty days after the receipt of this Notice, the name and address of the original creditor will be mailed to you by REGIONAL TRUSTEE SERVICES CORPORATION.

7. Written and/or verbal requests may be made to and further information can be obtained from:

REGIONAL TRUSTEE SERVICES CORPORATION
616 1st Avenue, Suite 500
Seattle, WA 98104
(206) 340-2550

FDCA Notice